UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DERRICK | * | |
| SERIGNET | * | CIVIL ACTION NO.: |
|      Plaintiff | * | |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| | * | |
| CHS INC. OF MINNESOTA | * | |
| | * | |
|      Defendant | * | MAGISTRATE |
| | * | |

************************************

## COMPLAINT

**TO:   THE HONORABLE JUDGE OF THE EASTERN DISTRICT OF THE STATE OF LOUISIANA:**

The complaint  of Derrick Serignet, a  person of the full age of majority and a citizen  of and domiciled in the State of Louisiana, with respect avers:

1.

Made defendant herein is **CHS INC. OF MINNESOTA**  (hereinafter **"CHS"**), a domestic company authorized to do and doing business in the Eastern District of the State of Louisiana.

2.

That jurisdiction for this claim is based upon the existence of a federal question 28 USC § 1331 and  the general maritime law and venue is proper pursuant to 28 USC §1391 as the defendant is subject to personal jurisdiction in the Eastern District.

3.

That at all times material hereto, plaintiff was working as a Jones Act seaman and was employed by the defendant, CHS,  and was assigned to work as a deck hand aboard the M/V Elizabeth Ann ( hereinafter  "vessel").

4.

That on or about the 9th of April, 2011, your plaintiff, Derrick Serignet was working aboard the vessel and was ordered by the Captain to struggle to pull on a wire that was stuck and should have been cut causing plaintiff, severe, debilitating, disfiguring and permanent injuries to his back.

5.

That several days later, the Captain ordered the deckhands to off load all of the wires on the boat in preparation for repairs at dry dock causing an aggravation to the initial injury.

6.

That the above described incidents were caused solely by the negligence of **CHS** through its agents, servants and employees and the unseaworthiness of the M/V Elizabeth Ann which are more particularly described as follows:

**NEGLIGENCE OF CHS**

a. Failing to provide plaintiff with a safe place to work;

b. Ordering plaintiff to pull on a wire that was stuck rather than cut the wire;

c. Ordering plaintiff to offload all of the wires on the vessel before it went to dry dock without sufficient assistance and while his back was strained.

**UNSEAWORTHINESS OF THE VESSEL, M/V ELIZABETH ANN**

a. Having incompetent supervision;

b. Other unseaworthy conditions which will be shown more fully at the trial of this matter.

7.

That without regard to the issues of negligence or unseaworthiness, the defendant, **CHS,** became obligated to pay your plaintiff maintenance, cure and

unearned wages until such time as he has reached maximum medical improvement.

8.

That as a result of the negligence of the defendant, **CHS,** and the unseaworthiness of the vessel, your plaintiff  sustained the following damages:

Physical pain and suffering, past, present and future;

Mental pain and suffering, past, present and future;

Loss of earnings, past, present and future;

Loss of earnings capacity ;

Medical expenses, past, present and future;

Disfigurement;

Loss of enjoyment of life;

Permanent disability.

9.

Plaintiff hereby designates this as a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff, Derrick Serignet, prays that the defendant **CHS** be duly cited and served with a copy of this Complaint and that after due proceedings are had that there be judgment rendered in favor of your plaintiff, Derrick Serignet  and against the defendant **CHS** in an amount sufficient to adequately compensate him for his damages, together with legal interest from date of judicial demand until paid, for all costs of these proceedings and for all

general and equitable relief.

                    BRUNO & BRUNO


                    __/s/ Stephen P. Bruno_____
                    STEPHEN P. BRUNO, #1272
                    855 BARONNE STREET
                    NEW ORLEANS, LOUISIANA 70113
                    (504) 525-1335

WILL SERVE BY WAIVER

CHS INC. OF MINNESOTA
THROUGH CT CORPORATION SYSTEM
5615 CORPORATE BLVD.
SUITE 400B
BATON ROUGE, LA 70808